Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the

Northern District of Illinois

Eastern Division

| | |
|---|---|
| QUINN RICKERT | 1:19-cv-04105 |
| | Judge Rebecca R. Pallmeyer |
| | Magistrate Judge Gabriel A. Fuentes |
| *Plaintiff(s)* | |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Jury Trial: *(check one)* ✓ Yes ☐ No |
| -v- | |
| ANGELA ENSALACO | |
| | **RECEIVED** |
| | JUN 18 2019 |
| *Defendant(s)* | THOMAS G. BRUTON |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | CLERK, U.S. DISTRICT COURT |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Page 1 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Quinn Rickert |
| Address | P.O. Box 285 |
| | Elgin, IL 60121-0285 |
| | City / State / Zip Code |
| County | Kane |
| Telephone Number | 224-276-0004 |
| E-Mail Address | QRYR@outlook.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | Angela Ensalaco |
| Job or Title *(if known)* | Deputy Clerk of the Circuit Court of DuPage County |
| Address | Office of the Circuit Court Clerk; 505 County Farm Road |
| | Wheaton, IL 60187-0707 |
| | City / State / Zip Code |
| County | DuPage |
| Telephone Number | 630-407-8600 |
| E-Mail Address *(if known)* | |

[✓] Individual capacity  [ ] Official capacity

**Defendant No. 2**

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Address | |
| | City / State / Zip Code |
| County | |
| Telephone Number | |
| E-Mail Address *(if known)* | |

[ ] Individual capacity  [ ] Official capacity

Defendant No. 3
    Name
    Job or Title *(if known)*
    Address

        City     State     Zip Code

    County
    Telephone Number
    E-Mail Address *(if known)*

    ☐ Individual capacity    ☐ Official capacity

Defendant No. 4
    Name
    Job or Title *(if known)*
    Address

        City     State     Zip Code

    County
    Telephone Number
    E-Mail Address *(if known)*

    ☐ Individual capacity    ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
Reckless interference with the right of court access by a state agent. "The right of access to the courts is the right of an individual, whether free or incarcerated, to obtain access to the courts without undue interference. The right of individuals to pursue legal redress for claims that have a reasonable basis in law or fact is protected by the First Amendment right to petition and the Fourteenth Amendment right to substantive due process." Snyder v. Nolen, 380 F.3d 279, 291 (7th Cir. 2004)

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Defendant is a Deputy Clerk of the DuPage County Circuit Court Clerk's Office pursuant to 705 ILCS 105/10

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Wheaton, DuPage County, State of Illinois

B. What date and approximate time did the events giving rise to your claim(s) occur?
June 9, 2019 to June 12, 2019

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

1. On June 9, 2019 plaintiff e-filed a motion with the transaction number (170431242469) to the DuPage County Circuit Court Clerk's Office. The motion was pertaining to the preparation of the record on appeal for a non-frivolous appeal.
2. On June 12, 2019 plaintiff checked on the status of the motion using the DuPage County Circuit Court Clerk's e-file portal. While checking the e-file portal, plaintiff learned that his motion had been rejected by someone at the Clerk's Office.
3. After learning of the rejection, plaintiff contacted the clerk's office by phone on that same day. Plaintiff was informed by the clerk's office that deputy clerk defendant Angela Ensalaco was responsible for rejecting plaintiff's motion. Nothing was going to be done to undo this rejection.
4. The motion was time sensitive in nature and procedurally ended any chance of success for the outcome of plaintiff's case.
5. Defendant recklessly acted outside the scope of her duties and had no statutory authority to reject a pro se filing.

IV.  **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

The case was regarding family matters, and the rejection caused both plaintiff and his wife a great amount of stress.

V.  **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

A. Issue a declaratory judgment stating that the actions of defendant violated plaintiff's constitutional right to access the courts.

B. Award equitable nominal damages against defendant.

C. Award equitable compensatory damages against defendant for the emotional distress inflicted upon plaintiff by impeding his access to the courts.

D. Award equitable punitive damages against defendant.

E. Grant other such relief as it may appear that plaintiff is entitled.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 6/13/2019

Signature of Plaintiff: *(signed)*
Printed Name of Plaintiff: Quinn Rickert

### B. For Attorneys

Date of signing: 

Signature of Attorney: 
Printed Name of Attorney: 
Bar Number: 
Name of Law Firm: 
Address: 
    City / State / Zip Code
Telephone Number: 
E-mail Address: